**Order entered December 17, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00697-CR

### ALLEN MAURICE LITTLE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F-0951721-Y**

## ORDER

The Court **REINSTATES** this appeal.

On August 25, 2015, this Court abated the above-referenced appeal and ordered the trial court to conduct a hearing to determine the proper amount of restitution. On November 19th, 2015, the trial court conducted a hearing and determined the proper amount of restitution to be $52,173.95. This Court received the trial court's findings of fact from that hearing on December 15, 2015. We **ORDER** the trial court reporter to file the electronic reporter's record from that hearing or a written verification that no reporter's record was made within fifteen (15) days of the date of this order. This Court will proceed to dispose of this appeal upon obtaining that information.

/s/     DOUGLAS S. LANG
JUSTICE